1014

[No. 66074-8-I.   Division One.   October 10, 2011.]

CAROLYN BILAL, *Appellant*, v. THE OFFICE OF SUPERINTENDENT OF PUBLIC INSTRUCTION, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 10-2-26368-3, Gregory P. Canova, J., entered September 16, 2010. *Affirmed* by unpublished opinion per Dwyer, C.J., concurred in by Becker and Ellington, JJ.

[No. 39769-2-II.   Division Two.   October 11, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSHUA ELIAS BOYD, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 09-1-01577-7, James R. Orlando, J., entered August 24, 2009. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Armstrong and Johanson, JJ.

[No. 40130-4-II.   Division Two.   October 11, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. VIRGIL W. VELKOV, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 09-1-00202-9, Amber L. Finlay, J., entered December 7, 2009. *Reversed* and *remanded with instructions* by unpublished opinion per Penoyar, C.J., concurred in by Van Deren and Johanson, JJ.

[No. 40417-6-II.   Division Two.   October 11, 2011.]

THE STATE OF WASHINGTON, *Appellant*, v. MATTHEW THOMAS CATLETT, JR., *Respondent*.

Appeal from a judgment of the Superior Court for Skamania County, No. 09-1-00084-9, E. Thompson Reynolds, J., entered February 2, 2010. *Reversed* and *remanded* by unpublished opinion per Quinn-Brintnall, J., concurred in by Hunt, J.; Worswick, A.C.J., dissenting.